OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701  $ 000.27⁵
02 1W
0001401623 SEP 02 2015

**8/26/2015**

**LEIJA-BALDERAS, OSVALDO   Tr. Ct. No. F13-32837-W**

COA No. 05-14-00648-CR
PD-0428-15

On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

R TS -
Name and
Inmate #
dont match

OSVALDO LEIJA-BALDERAS
TDC# 1920722

ANK

N3B 79735